In the Supreme Court of Georgia

Decided:   February 24, 2014

S13A1610.  NOORLAND DEVELOPMENT, INC., et al. v. DOUGLAS COUNTY BOARD OF COMMISSIONERS et al.

BENHAM, Justice.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.